# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PUBLIC SERVICE COMPANY OF
NEW MEXICO,

      Plaintiff,

vs.                                             CV No. 15-501 JAP/CG

APPROXIMATELY 15.49 ACRES OF LAND
IN MCKINLEY COUNTY, NEW MEXICO, et al.,

      Defendants.

Consolidated with

LORRAINE BARBOAN, et al.

      Plaintiffs,

vs.                                             CV No. 15-826 JAP/CG

PUBLIC SERVICE COMPANY OF
NEW MEXICO, et al.

      Defendants.

## **ORDER TO NOTIFY THE COURT OF STATUS OF MEDIATION**

**THIS MATTER** is before the Court upon review of the record. On October 9, 2019, the parties informed the Court that a private mediation session will be conducted on November 11, 2019, in an effort to resolve this case. (Doc. 222).

**IT IS THEREFORE ORDERED** that, on or before **January 3, 2020**, Plaintiff shall notify the Court in writing of the status of this case and the result of the November 11, 2019, mediation.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE